**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

JONATHAN DARNELL FITTS,

      **Plaintiff,**

                                 **Case Number 2:24-cv-1040**

      **v.**                            **JUDGE EDMUND A. SARGUS, JR.**

                                   **Magistrate Judge Caroline H. Gentry**

LT. CRABTREE, *et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on the Report and Recommendation issued by the Magistrate Judge on January 12, 2026. (ECF No. 19.) The Magistrate Judge recommends that the Court dismiss this case for failure to prosecute and failure of service of process. (*Id.* at PageID 91.)

Plaintiff Jonathan Darnell Fitts, a state prisoner proceeding *pro se*, initiated this civil rights action in March 2024. (ECF No. 1-1.) Following an initial screen of his Amended Complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b), the Court concluded that some claims warranted further development and permitted Plaintiff to proceed on those claims, but dismissed others for failure to state a claim. (ECF Nos. 16, 17.)

Since then, Plaintiff's remaining claims have stalled because Plaintiff failed to provide the completed summons forms and U.S. Marshal forms necessary to serve the remaining Defendants with process. (ECF No. 19.) As the Magistrate Judge explained, the Court ordered Plaintiff to provide these forms on two occasions and warned that failure to do so could result in the dismissal of this case. (ECF Nos. 16, 18, 19.) Plaintiff did not provide service forms and the remaining Defendants have not been served.

The Magistrate Judge recommends that the Court dismiss this case for two reasons. First, Plaintiff's failures to comply with the Court's Orders warrant dismissal under Federal Rule of Civil Procedure 41(b). (ECF No. 19, PageID 90–91.) Second, the 90-day deadline for service of process set by Federal Rule of Civil Procedure 4(m) has elapsed, and Plaintiff has not shown good cause for the failure of service. (*Id.* at PageID 91.) The Magistrate Judge further recommends that the Court certify pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any order adopting the Report and Recommendation would not be taken in good faith and deny Plaintiff leave to appeal in forma pauperis. (*Id.*)

Once a magistrate judge issues a report and recommendation, the relevant statute provides:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1). The failure to file written objections to a magistrate judge's report and recommendation waives a *de novo* determination by the district court of any issues addressed in the report and recommendation. *See United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Plaintiff was advised of his right to object to the Report and Recommendation and of the consequences of failing to do so. (ECF No. 19, PageID 92–93.) Plaintiff did not object to the Report and Recommendation.

The Court recognizes that the mail sent to Plaintiff containing the Magistrate Judge's Report and Recommendation was returned as undeliverable to the address provided by Plaintiff in his Amended Complaint. (ECF No. 20.) Plaintiff's *pro se* status does not exempt him from

2

basic requirements of prosecuting an action in this Court. "Plaintiff has an affirmative duty to notify the court of any change in address." *Oesch v. Ohio Dep't of Corr.*, No. 2:19-cv-1758, 2019 WL 2289836, at \*1 (S.D. Ohio May 29, 2019) (Watson, J.) (citing *Barber v. Runyon*, No. 93-6318, 1994 WL 163765, at \*1 (6th Cir. May 2, 1994)) ("If [*pro se* Plaintiff's] address changed, she had an affirmative duty to supply the court with notice of any and all changes in her address."). Plaintiff has been advised that he must update his address if it changes. (ECF Nos. 7, 14, 18, 21.)

Accordingly, the Court **ADOPTS** and **AFFIRMS** (ECF No. 19) the Magistrate Judge's Report and Recommendation and **DISMISSES** this action for failure to prosecute and failure of service of process. Further, the Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order adopting the Magistrate Judge's Report and Recommendation would not be taken in good faith.

The Clerk is **DIRECTED** to enter judgment and close this case. The Clerk is further **DIRECTED** to mail a copy of this Order to Plaintiff Jonathan Darnell Fitts, #753-529, at Ross Correctional Institution, P.O. Box 7010, Chillicothe, Ohio 45601.

    **IT IS SO ORDERED.**

**4/6/2026**                    **s/Edmund A. Sargus, Jr.**            
**DATE**                               **EDMUND A. SARGUS, JR.**
                                      **UNITED STATES DISTRICT JUDGE**